COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

PATRICE WOLFE                                *

    Plaintiff                              *

v.                                           Civil Action No. L02 CV-3965
                                      *

MED-TEL INTERNATIONAL CORPORATION
                                      *

    Defendant                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

It is ordered, this 24 day of January, 2003, by the United States District Court of the District of Maryland, that the deadline for Plaintiff's filing a response to Defendant's Partial Motion to Dismiss/Motion for Summary Judgment is extended until January 27, 2003.

                                                       _____
                                                       Benson E. Legg, Judge