IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICE WOLFE | : | |
| | : | |
| v. | : | CIVIL NO. L-02-3965 |
| | : | |
| MED-TEL INTERNATIONAL CORPORATION | : : | |

### ORDER

Pending before the Court is Defendant's Partial Motion to Dismiss or, in the alternative, for Summary Judgment. For the reasons stated in the Memorandum of even date, the Court hereby DENIES Defendant's motion, without prejudice to refiling as a motion for summary judgment at the close of discovery.

It is so ORDERED this 3rd day of September, 2003.

_____/s/_____
Benson Everett Legg
Chief Judge