October 28, 2003

Judge Benson Everett Legg
United States District Court
For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    Patrice Wolfe v. Med-Tel International Corporation
              Case No. L-02-CV-3965

Dear Judge Legg:

      I write to submit the status report required by the Court's scheduling order.

      Each side would respectfully request twenty (20) deposition hours. At this point, no party wishes the case referred to a Magistrate Judge for any purpose.

      Thank you for your attention to this matter.

                                  Very Truly Yours,

                                  /s/

                                  Robin R. Cockey

RRC/lc
cc:    Jeanne M. Phelan, Esquire