IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| PATRICE WOLFE, | * |
| Plaintiff, | * |
| v. | *    Civil Action No:    L02 CV-3965 |
| MED-TEL INTERNATIONAL CORPORATION | * |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT REQUEST TO ENTER
A STANDARD PROTECTIVE ORDER**

Plaintiff Patrice Wolfe and Defendant Med-Tel International Corporation jointly request the Court to enter the attached Protective Order in this case. The attached Order is the Court's standard form Protective Order.

_____
Robin R. Cockey, Esquire
Cockey, Brennan & Maloney, PC
313 Lemmon Hill Lane
Salisbury, Maryland 21801

Attorneys for Plaintiff
Patrice Wolfe

_____
Jeanne M. Phelan
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8738

Attorney for Defendant
Med-Tel International Corporation

*1525526*