IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

PATRICE WOLFE,                              *

    Plaintiff,                              *

v.                                          *   Civil Court Action No: L02 CV-3965

MED-TEL INTERNATIONAL                       *
CORPORATION,

    Defendant.                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Joint Motion to extend the current discovery deadline, it hereby ORDERED that the parties' Joint Motion be granted and that the remaining deadlines in this case be extended as follows:

| | |
|---|---|
| Discovery Deadline; Submission of Status Report | March 31, 2004 |
| Requests for Admission | April 7, 2004 |
| Dispositive Pretrial Motions Deadline | April 30, 2004 |

_____
Benson E. Legg
United States District Judge