LAW OFFICE

# Cockey, Brennan & Maloney, P. C.

ROBIN R. COCKEY
MARK P. BRENNAN*
THOMAS J. MALONEY

*ADMITTED IN MD, VA, PA & DC

313 LEMMON HILL LANE

SALISBURY, MARYLAND 21801

(410) 546-1750

FAX (410) 546-1811

E-MAIL: cbm@dmv.com
cockey@dmv.com
brennan@dmv.com
tjmaloney@dmv.com

WEBSITE: http://cbm.lawoffice.com

March 31, 2004

The Honorable Benson Everett Legg
United States District Court
   For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:   Patrice Wolfe v. Med-Tel International Corporation
             Case No.: L 02-cv-3965

Dear Judge Legg:

      We write to provide the status report required by the Court's Scheduling Order.

      a. Whether discovery has been completed.

      Discovery was completed Monday, March 29, 2004, with the exception of the provision of medical records concerning Plaintiff's visit to a physician on 2/26, which have been requested but not yet received; it is anticipated they will be provided by April 15, 2004.

      b. Whether any motions are pending

      There are no motions pending.

      c. Whether any party intends to file a dispositive pretrial motion

      It is Defendant's intention to file a dispositive pre-trial motion.

      d. Whether the case is to be tried jury or non-jury and the anticipated length of trial

      The case is to be tried to a jury. It is anticipated it will take two (2) to four (4) days to complete.

      e. A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein

Judge Benson Everett Legg
March 31, 2004
Page 2 of 2

The parties through counsel discussed settlement following Plaintiff's deposition in the office of Defense counsel Monday, March 29, 2004. That discussion did not lead to settlement; however, the parties continue to discuss settlement through their attorneys, by telephone, and will inform the Court promptly if a settlement is reached.

    f. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion.

    The parties do not at this time request a settlement conference.

    g. Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct any further proceedings in this case, wither before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment

    The parties do not wish the case refer to a Magistrate for any purpose at this time.

    h. Any other matter to which you believe should be brought to the court's attention

    There are no other matters to be brought to the court's attention at this time.

| | |
|---|---|
| _Jeanne M. Phelan_ | _Robin R. Cockey_ |
| Jeanne M. Phelan, Federal Bar No. RRC | Robin R. Cockey, Federal Bar No. 02657 |
| Whiteford, Taylor & Preston, LLP | Cockey, Brennan & Maloney, P.C. |
| Seven Saint Paul Street, Suite 1300 | 313 Lemmon Hill Lane |
| Baltimore, MD 21202-1626 | Salisbury, MD 21801 |
| 410-347-8738 | 410-546-1750 |
| 410-347-9446 Fax | 410-546-1811 Fax |
| | |
| Attorney for Defendant | Attorney for Plaintiff |