IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| PATRICE WOLFE, | * |
|     Plaintiff, | * |
| v. | *   Civil Court Action No: L02 CV-3965 |
| MED-TEL INTERNATIONAL CORPORATION, | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Med-Tel International Corporation, through its undersigned attorneys, moves this Court, pursuant to Fed.R.Civ.P. 56, to grant it summary judgment, for reason that the record adduced through discovery in this case demonstrates that there are no genuine issues of material fact that would permit a fact finder to find in Plaintiff's favor. To the contrary, the record demonstrates that Defendant is entitled to judgment as a matter of law. The grounds and authorities in support of this motion are set forth in the accompanying Memorandum.

For the reasons set forth in the accompanying Memorandum, Defendant requests that its motion be granted, that judgment be entered in its favor, and that it be granted its costs, including attorneys' fees, incurred in defending this suit.

Respectfully submitted,

/s/_____
Jeanne M. Phelan

WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, #1300
Baltimore, Maryland 21202-1626

(410) 347-8738

Attorneys for Defendant Med-Tel
International Corporation

*1553325*