IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| PATRICE WOLFE | * |
|     Plaintiff | * |
| v. | Civil Action No. L-02-CV-3965 |
| | * |
| MED-TEL INTERNATIONAL CORPORATION | |
| | * |
|     Defendant | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibits 1 through 20, which are an attachment in support of Memorandum in Opposition to Defendant's Motion for Summary Judgment exist only in paper format and if scanned will be larger than 1.5MB. The Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing of this Notice, I will file and serve paper copies of the documents identified above.

                                                   _____/s/_____
                                                   ROBIN R. COCKEY
                                                   COCKEY, BRENNAN & MALONEY
                                                   313 Lemmon Hill Lane
                                                   Salisbury, MD 21801
                                                   Tele:   410-546-1750
                                                   Fax:    410-546-1811

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| PATRICE WOLFE | * |
|       Plaintiff | * |
| v. | Civil Action No. L-02-CV-3965 |
| | * |
| MED-TEL INTERNATIONAL CORPORATION | |
| | * |
|       Defendant | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2004, an exact copy of the foregoing Filing of Lengthy Exhibits was sent via regular U.S. mail, first class postage prepaid, to:

    Jeanne M. Phelan, Esq.
    Whiteford, Taylor & Preston, L.L.P.
    Seven Saint Paul Street, Suite 1300
    Baltimore, Maryland 21202-1626

                                                    _____/s/_____
                                                    Robin R. Cockey