IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| PATRICE WOLFE, | * |
| Plaintiff, | * |
| v. | *   Civil Court Action No: L02 CV-3965 |
| MED-TEL INTERNATIONAL CORPORATION, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' NOTICE OF FILING LENGTHY EXHIBIT**

The documents in support of Defendant Med-Tel International Corporation's Reply to Plaintiff's Opposition to Med-Tel's Motion for Summary Judgment (consisting of Exhibits and Excerpts of Deposition Testimony cited in the supporting Memorandum) exist only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

/s/_____

Jeanne M. Phelan
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, #1300
Baltimore, Maryland 21202-1626
(410) 347-8738

Attorneys for Med-Tel International Corporation.

*1553358*