IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICE WOLFE             :
                          :
   v.                     :        CIVIL NO. L-02-3965
                          :
MED-TEL INTERNATIONAL     :
CORPORATION               :

## ORDER

Pending in this employment discrimination lawsuit is Defendant's Motion for Summary Judgment. For the reasons stated in the Memorandum of even date, the Court GRANTS Defendant's Motion and DIRECTS the Clerk to CLOSE the case.

It is so ORDERED this 31st day of March, 2005

_____/s/_____
Benson Everett Legg
Chief Judge