# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PATRICE WOLFE

                          **Plaintiff(s)**             **BILL OF COSTS**

                vs.                      Case Number   L-02-3965

MED-TEL INTERNATIONAL CORPORATION     **Defendant(s)**

Judgment having been entered in the above entitled action on March 31, 2005 against Patrice Wolfe, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1,186.75 |
| Fees and disbursements for printing | $ 40.74 |
| Fees for witnesses (itemize on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | $ |
| Docket fees under 28 U.S.C. 1923 | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Compensation of court-appointed experts | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ |
| Other costs (please itemize) | $ |
| **TOTAL** | **$ 1,227.49** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was ~~mailed today with postage prepaid to~~ served via the Court's e-filing system today upon counsel for the Plaintiff: Robin R. Cockey, Esq., Cockey, Brennan & Maloney, PC, 313 Lemmon Hill Lane, Salisbury, Maryland 21801

Jeanne M. Phelan                                                       4/13/05
Print Name of Attorney                        Signature of Attorney            Date

Med-Tel International Corporation
Print Name of Claiming Party

Costs are taxed in the amount of $_____ and included in the judgment.

Felicia C. Cannon, Clerk

By: _____

U.S. District Court (1/2000) -Bill of Costs