IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| PATRICE WOLFE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. L-02 CV-3965 |
| MED-TEL INTERNATIONAL CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF BILL OF COSTS**

On March 31, 2005, summary judgment was entered on behalf of Med-Tel International Corporation ("Med-Tel"), the Defendant in the above-captioned action. Med-Tel, by its undersigned counsel now requests, pursuant to Federal Rule 54(d) and Local Rule 109, that costs be taxed in the total amount of $1,227.49 as set forth on the attached bill of costs. Supporting receipts and invoices are attached to the Bill of Costs, and undersigned counsel has executed the Declaration on the Bill of Costs. A supporting Affidavit is also submitted herewith.

The costs Med-Tel seeks are itemized as follows:

1. <u>Deposition Transcripts</u>: Med-Tel requests taxation of the court reporter fees of $798.00, for the transcripts of the following deposition arranged by Med-Tel:

Patrice Wolfe, Plaintiff, 266 pages @ $3.00 per page

Med-Tel necessarily obtained this deposition for its defense against Plaintiff's claims. Ms. Wolfe is the Plaintiff, and her deposition was key to Med-Tel's defense. Plaintiff's deposition was repeatedly and extensively cited in Med-Tel's successful Motion for Summary Judgment and Reply Memorandum.

Med-Tel requests taxation of the court reporter's fees of $388.75 for the transcript copies of the following depositions arranged by Plaintiff:

> Ronald Coleman, CEO of Med-Tel:  67 pages @ $1.25 per page
> Robert Klein, Med-Tel's Executive Vice President for Law:  95 pages @ $1.25 per page
> David Parker, Patrice Wolfe's Direct Supervisor:  127 pages @ $1.25 per page
> Erin Marshall, a Co-Worker of Patrice Wolfe's:  22 pages @ $1.25 per page

Med-Tel necessarily purchased copies of these depositions from the reporter selected by Plaintiff. Transcripts for each of these witnesses were cited to support Med-Tel's successful Motion for Summary Judgment. David Parker was Plaintiff's Supervisor and interacted with her regarding the termination of her employment. Mr. Coleman was accused of discriminatory conduct. Mr. Klein testified regarding Med-Tel's investigation of Plaintiff's claim of harassment and the remedial efforts taken. Ms. Marshall testified about the work atmosphere in the Med-Tel facility where Plaintiff worked. Because the actual costs per page for all of the above transcripts were greater than the amount permitted under the Court's guidelines, Med-Tel has only sought taxation of costs at the $1.25 per page rate permitted by the Court.

Under such circumstances, the costs in obtaining these deposition transcripts were necessary and reasonable and should be taxed. *See Cofield, et al. v. Crumples*, 170 F.R.D. 510 (E.D. Va. 1998), *citing LaVay Corp. v. Dominion Federal Savings & Loan*, 830 F.2d 522, 528 (4th Cir. 1987), *cert. denied*, 484 U.S. 1065 (1988) (Depositions of individuals with critical knowledge of alleged discrimination properly taxed as costs).

2.   <u>Photocopying Fees</u>:  Defendant requests taxation of photocopying costs as follows:

> Summary Judgment Motion and Supporting Memorandum:
> Number of Pages:         25
> Number of Copies          2
> Per Page Rate:          $.07
> Total Cost:            $3.50

Exhibits:
    Number of Pages:    246
    Number of Copies:    2
    Per Page Rate:    $.07
    Total Cost    $34.44

Reply Memorandum and Exhibits:
    Number of Pages:    20
    Number of Copies:    2
    Per Page Rate:    $.07
    Total Cost    $2.80

The Motion and Reply included lengthy exhibits that were required under the Local Rules to be filed in paper form with the Court. The enumerated costs reflect the costs of preparing the copy of the Motion for Summary Judgment and accompanying Memorandum, Deposition Excerpts and Exhibits and the Reply Memorandum and Exhibits submitted to the Court and one copy of these documents mailed to Plaintiff's counsel. They total $40.74. These costs are fully taxable as provided for in Federal Rule 54(d) and 28 U.S.C. § 1920(4).

## CONCLUSION

Wherefore, in accordance with the foregoing, Med-Tel requests that costs be taxed in the total amount of $1,227.49.

                                          Respectfully submitted

                                          Jeanne M. Phelan
                                          Whiteford, Taylor & Preston L.L.P.
                                          Seven Saint Paul Street, Suite 1300
                                          Baltimore, Maryland 21202-1626
                                          (410) 347-8738

                                          Attorney for Defendant,
                                          Med-Tel International Corporation

*1612499*

Ambassador Legal Services LLC
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
973-410-4050 (Phone)
973-410-1315 (Fax)
Federal ID # 22-3543328

Bill To:

Chubb & Son Special
12 Vreeland Road
Florham Park, NJ 07932-0977

Attn: Beverly Wawszkiewicz

**Master Invoice # 18242**
*Please reference this number when remitting payment. Thank you.*

Master Invoice Date: 5/4/04

**Amb System # :**   274053

Case Name :   WOLFE, PATRICE vs. MED-TEL INTERNATIONAL INC.

Policy Number :   8160164913
Occurrence No. :
Date of Loss:
Adjuster:   Shereen Sennello

Affiliate Firm :   Walls Reporting, Inc.
Agency Inv No. :   34633
Location of Depo:   MD

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | WOLFE, PATRICE | 3/29/04 | 10 | 266 @ | $3.00 | $798.00 |
| Appearance Fee | WOLFE, PATRICE | | 0 | 1 | | $30.00 |
| Postage - regular delivery | | | 10 | 1 | | $6.50 |
| | | | | Amabassador Surcharge | | $0.00 |
| | | | | **Total Due** | | **$ 834.50** |

Please make check payable to:
Ambassador Legal Services LLC
P.O. Box 12252N, Newark, NJ 07101-5252



RECEIVED
SEP 24 2004
Eastern Specialty Claims

Page 1 of 1


AMBASSADOR LEGAL SERVICES LLC

```
JEANNE M. PHELAN, ESQUIRE                          September 24, 2004
WHITEFORD, TAYLOR & PRESTON
7 SAINT PAUL STREET - S/1400                       Invoice# 10071565
BALTIMORE, MARYLAND  21202
                                                   Balance:    $141.50


Re: NV NR  WOLFEvMED-TEL
    D.C.
    on 12/17/03 by OLENDER REPORTING, INC.
Billed: 01/28/04                                   <-- 236 Days Old!
```

| Charge Description | Amount |
|---|---|
| 67    PAGES @ $2.00 PER PAGE (COPY) | 134.00 |
| POSTAGE & HANDLING | 7.50 |

FOR THE DEPOSITION OF RONALD COLEMAN
TAKEN ON DECEMBER 17, 2003

NL-4/14/04
HL-05/12/04

          P l e a s e   R e m i t   - - - >   Total Due:   $141.50


*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

**This invoice is  236  days past due, Please Remit - Thank You!**
*********************************************************

GORE BROTHERS REPORTING & VIDEO CO.                Invoice# 10071565
115 West Mulberry Street
Baltimore, MD  21201                               Balance$    141.50

*Schafer Reporting Company*
*P.O. Box 1140*
*Salisbury, Maryland 21802*
*Tel: 410-742-1440  Fax: 410-742-0117*

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/5/04 | 24004 |

**BILL TO**

Jeanne Phelan
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202

| DUE DATE |
|---|
| 2/4/04 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IN RE: | WOLF vs. MED-TEL CORP.<br>Date of dep: December 8, 2003<br>Reporter: Anne Horner, AA, CR | 1 | | 0.00 |
| COPY | Deposition of Robert Klein | 95 | 2.25 | 213.75 |
| E-Trans. | Unrestricted E-Transcript/condensed transcript w/ index/ASCII | 1 | 25.00 | 25.00 |
| POST | Postage/admin | 1 | 10.00 | 10.00 |

RECEIVED JAN 6 2004


WHITEFORD, TAYLOR, & PRESTON

Thank you for choosing Schafer Reporting Company
Federal ID# 52-1188722

**Total**   248.75

*Schafer Reporting Company*
*P.O. Box 1140*
*Salisbury, Maryland 21802*
*Tel: 410-742-1440 Fax: 410-742-0117*

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/10/04 | 24079 |

**BILL TO**

Jeanne Phelan
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202

DEC 1 REC'D

| | DUE DATE |
|---|---|
| | 5/10/04 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IN RE: | WOLF vs. MED-TEL INTERNATIONAL<br>Date of depos: March 25, 2004<br>Reporter: Anne Horner, AA, CR | 1 | | 0.00 |
| COPY | Depositions of Erin Marshall and David Parker | 149 | 2.25 | 335.25 |
| EXHIBITS | Exhibits | 30 | 0.20 | 6.00 |
| POST | Postage/admin | 1 | 10.00 | 10.00 |

Thank you for choosing Schafer Reporting Company
Federal ID# 52-1188722

**Total**   351.25