IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| PATRICE WOLFE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. L-02 CV-3965 |
| MED-TEL INTERNATIONAL CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, Jeanne M. Phelan, having been duly sworn according to law, states as follows:

1. I am more than 18 years of age and am competent to testify in this matter.

2. I am the attorney who conducted the defense of Defendant Med-Tel International Corporation in the above-captioned case.

3. The invoices attached to Defendant's Bill of Costs are true and accurate copies of those invoices received and paid by Defendant for the costs of deposition transcripts necessarily obtained and utilized in preparing a defense to Plaintiff's claims.

4. The Defendant incurred the following costs for photocopying:

Summary Judgment Motion and Supporting Memorandum:
Number of Pages:        25
Number of Copies         2[1]
Per Page Rate:          $.07
Total Cost:            $3.50

---

[1] The Motion and Reply Memorandum were accompanied by lengthy exhibits that are required, under the Local Rules, to be filed in paper format. The copies for which costs are sought include the copy of these documents that must be filed with the Court with the copy mailed to opposing counsel.

Exhibits:
    Number of Pages:    246
    Number of Copies:    2
    Per Page Rate:    $.07
    Total Cost    $34.44

Reply Memorandum and Exhibits:
    Number of Pages:    20
    Number of Copies:    2
    Per Page Rate:    $.07
    Total Cost    $2.80

Defendant's cost for photocopying in this case was $.07 per page, which is less than the $.15 per page permitted by the Court.

5.    I believe that these costs are reasonable and were necessarily expended in defense of this action.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true.

_4/13/05_
Date

_[signature]_
Jeanne M. Phelan