IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| **PATRICE WOLFE** * | |
| **Plaintiff** * | |
| v. * | Civil Action No. L02 CV-3965 |
| **MED-TEL INTERNATIONAL CORPORATION** * | |
| **Defendant** * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Plaintiff/Appellant Patrice Wolfe through counsel appeals this Court's Decision of March 31, 2005, a copy of which is attached as Exhibit "A," to the United States Court of Appeals for the 4th Circuit.

                                            /s/
                                      ROBIN R. COCKEY, Federal Bar No. 02657
                                      COCKEY, BRENNAN & MALONEY, PC
                                      313 Lemmon Hill Lane
                                      Salisbury MD 21801
                                      (410) 546-1750
                                      Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2005, an exact copy of the Notice of Appeal was sent by U.S. mail, first class postage prepaid, to:

    Jeanne M. Phelan, Esq.
    Whiteford, Taylor & Preston, L.L.P.
    Seven Saint Paul Street, Suite 1300
    Baltimore, Maryland  21202-1626

                                            /s/
                                      Robin R. Cockey