NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

July 13, 2005

MANDATE

TO: Clerk, District Court/Agency

FROM: Lisa R. Hicks
      Deputy Clerk

RE: 05-1489 Wolfe v. Med-Tel Intl Corp
    CA-02-3965-BEL

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 7/13/05.

[ ] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[x] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

cc: Robin R. Cockey
    Jeanne Marie Phelan

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
13, 2005

No. 05-1489
CA-02-3965-BEL

PATRICE WOLFE

    Plaintiff - Appellant

v.

MED-TEL INTERNATIONAL CORPORATION

    Defendant - Appellee

FILED   ENTERED
LODGED   RECEIVED

JUL 15 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____

O R D E R

    Appellant has filed a consent motion to dismiss

    The Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure   The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

/s/ Patricia S. Connor

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
    Deputy Clerk