IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICE WOLFE | * | |
|     Plaintiff, | | |
| v. | * | CIVIL ACTION NO. L-02-3965 |
| MED-TEL INTERNATIONAL CORPORATION | * | |
|     Defendant. | * | |

******

**O R D E R**

    Chief Judge Benson Everett Legg granted Defendant's Motion for Summary Judgment. Judgment was entered in favor of Defendant and against Plaintiff on April 1, 2005. The United States Court of Appeals for the Fourth Circuit dismissed the appeal on Plaintiff's consent motion and issued its mandate on July 13, 2005.

    Currently pending is Defendant's timely and unopposed Bill of Costs seeking taxation of $1,227.49 in court reporter and copy work costs. Paper No. 25. All but one item is recoverable and costs shall be awarded in favor of Defendant and against Plaintiff in the reduced amount of $1,199.99.[1] *See* Local Rule 109.1.c. (D. Md. 2004) (unopposed Bill of Costs may be taxed without notice or oral hearing).

    Dated this __8th__ day of __August__, 2005.

                                                                                /s/
                                                Frances E. Kessler, Chief Deputy Clerk
                                                for: Felicia Cannon, Clerk of the Court

---

[1] The Clerk's authority to award court reporter fees in this case is limited to allowing: (i) costs associated with deposing parties; and (ii) costs of those depositions actually used in connection with the event that terminated the litigation. Erin Marshall's deposition was not relied on by Defendant in its Motion for Summary Judgment or Reply. *See* Paper Nos. 20, Exs. 1-27; Paper No. 22, Ex. 28. Therefore, costs shall not be awarded as to this item.